```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35636
   FLORENCIO P BOCACAO
   DOLORES G BOCACAO                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-8778    SSN XXX-XX-1950
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/06/05 and confirmed on 02/02/06.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 31064.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 994.76 | .00 | 994.76 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 541.34 | .00 | 541.34 |
| CITIZENS BANK | SECURED VEHIC | 25000.00 | 4999.45 | 6361.10 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 30000.00 | 3200.67 | 8804.56 |
| WILL COUNTY TREASURER | SECURED | 654.01 | 1068.94 | 654.01 |
| CAPITAL ONE BANK | UNSECURED | 587.00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 719.24 | .00 | .00 |
| B LINE LLC | UNSECURED | 694.68 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 467.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21511.22 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 821.74 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 392.01 | .00 | .00 |
| NICOR GAS | UNSECURED | 191.97 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ EQUITY SERVICING C | NOTICE ONLY | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GIRGIS & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY CARE PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGISTS OF DUPAGE | UNSECURED | NOT FILED | .00 | .00 |

```
CITIZENS BANK              UNSECURED         6251.54          .00          .00
WELLS FARGO FINANCIAL AC   UNSECURED         6670.95          .00          .00
FORD MOTOR CREDIT CO       UNSECURED             .00          .00          .00
      Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  57190.11        .00    38307.99         .00     95498.10
PRINCIPAL PAID      17355.77        .00         .00         .00     17355.77
INTEREST PAID        9269.06        .00         .00         .00      9269.06
TOTAL PAID          26624.83        .00         .00         .00     26624.83
```

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3675.00
and was paid $    356.00   direct and $    3319.00   through the plan.

The Trustee received $    1120.17 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 35636 FLORENCIO P BOCACAO & DOLORES G BOCACAO